IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DONNA KITTS, <br><br> *Plaintiff,* <br><br> v. <br><br> BODDIE-NOELL ENTERPRISES, INC., <br><br> *Defendant.* | CIVIL ACTION NO. 3:09-CV-00060 <br><br><br> <u>ORDER</u> <br><br><br> JUDGE NORMAN K. MOON |

As stated on the record at the conclusion of the May 27, 2010, hearing in this matter, and for the reasons stated in the accompanying memorandum opinion, Defendant's motion for summary judgment (docket no. 18) is GRANTED, and the matter is STRICKEN from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

It is so ORDERED.

Entered this __1st__ day of June, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE